1   Honorable John C. Coughenour

2

3

4

5

6

7

8   UNITED STATES DISTRICT COURT
    FOR THE
9   WESTERN DISTRICT OF WASHINGTON

10  UNITED STATES OF AMERICA,          )
                                       )    NO.   CR05-393JCC
11                       Plaintiff,    )
                                       )    ORDER CONTINUING TRIAL
12              v.                     )    DATE AND PRETRIAL MOTIONS
                                       )    DEADLINE
13  KIRANPAL SANDHU, et al.,           )
                                       )
14                       Defendant.    )
                                       )
15  ─────────────────────────────────

16  TO:        THE CLERK OF THE COURT;

17  AND TO:    UNITED STATES PROSECUTING ATTORNEY;

18  AND TO:    HIS/HER ASSIGNED DEPUTY

19

20          THIS MATTER comes before the Court on a Motion to Continue Pretrial

21  Motions Date and Trial Date, submitted by defendants Kiranpal Sandhu,

22  Musakarim Ahmach, Tai Chi Dang, Anthony Quang Dao, and Dung Quong

23  Phan. The Court has considered the Motion and all of the files and records

24  herein.

25  ORDER CONTINUING TRIAL DATE AND
    PRETRIAL MOTIONS DEADLINE

    PAGE 1 OF 4

JENNIFER CANNON-UNIONE
DIXON & CANNON, LTD.
216 1ST AVENUE S., SUITE 202
SEATTLE, WA 98104-3454
(206) 957-2247
(206) 957-2250 (FAX)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**THIS COURT FINDS THAT:**

1) This is a criminal case charging the defendants with participation in an international conspiracy to traffic in marijuana and ecstasy.  The above-named defendants have moved for a continuance of the trial date because they require additional time to prepare for trial.  The Government does not oppose the motion.  Based on the facts set forth in the pleadings, the Court makes the Findings and Order set forth below.

2) This case is sufficiently complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the current time limits, within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(ii).

3) Failure to grant a continuance in this case will likely deny the defendants the reasonable time necessary for effective preparation for trial and other pretrial proceedings, taking into account the exercise of due diligence.  See Title 18, United States Code, Section 3161(h)(8)(B)(iv).

4) Failure to grant such a continuance in this proceeding will likely result in a miscarriage of justice within the meaning of Title 18, United States Code, Section 3161(h)(B)(i).

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE

PAGE 2 OF 4

JENNIFER CANNON-UNIONE
DIXON & CANNON, LTD.
216 1ST AVENUE S., SUITE 202
SEATTLE, WA 98104-3454
(206) 957-2247
(206) 957-2250 (FAX)

5)  The ends of justice served by granting this continuance outweigh the interests of the public and the defendants in any speedier trial, within the meaning of Title 18, United States Code, Section 3161(h)(8)(A).

**THE COURT THEREFORE ORDERS THAT**:

1)  The motion to continue the trial date is granted.

2)  The trial shall be continued from December 12, 2005 to April 17, 2006.

3)  The Court further orders that all pretrial motions shall be filed on or before February 21, 2006.

4)  The period of time from the current trial date until the new trial date encompassed by this continuance shall be excluded from the computation of time under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq.

5)  Defendants shall file a speedy trial waiver encompassing the excluded time period no later than December 10, 2005.

DONE IN OPEN COURT this 1st day of December, 2005.

John C. Coughenour
United States District Court Judge

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE

*PAGE 3 OF 4*

*JENNIFER CANNON-UNIONE
DIXON & CANNON, LTD.
216 1ST AVENUE S., SUITE 202
SEATTLE, WA 98104-3454
(206) 957-2247
(206) 957-2250 (FAX)*

1

2

3    Presented by:

4                              ____/s/____  Jennifer Cannon-Unione____

5                         Jennifer Cannon-Unione, WSBA # 27008
6                         Counsel for Kiranpal Sandhu

7                              ____/s/__ Hunter MacDonald_____ ___

8                         Hunter MacDonald, WSBA # 22857
9                         Counsel for Musakarim Ahmach

10                             ____/s/__ Suzanne Lee Elliott_____ ___

11                        Suzanne Lee Elliott, WSBA # 12634
                          Counsel for Dung Quoc Phan
12
                               ____/s/__ Robert Goldsmith_____ ___
13
                          Robert Goldsmith, WSBA # 12265
14                        Counsel for Anthony Quang Dao

15                             ____/s/__ Lee Covell_____ _____

16                        Lee Covell, WSBA # 952
17                        Counsel for Tai Chi Dang

18   Copy Received; Approved:

19

20    /s/  Jill Otake_____
21   Jill Otake
     Assistant United States Attorney
22

23

24

25
     ORDER CONTINUING TRIAL DATE AND              *JENNIFER CANNON-UNIONE*
     PRETRIAL MOTIONS DEADLINE                       *DIXON & CANNON, LTD.*
                                                  *216 1ST AVENUE S., SUITE 202*
     *PAGE 4 OF 4*                                   *SEATTLE, WA 98104-3454*
                                                        *(206) 957-2247*
                                                      *(206) 957-2250 (FAX)*