THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIRANPAL SANDHU, ) <br> TAI DANG, and ) <br> ANTHONY DAO, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CR05-0393C <br><br> ORDER OF CONTINUANCE |

The Court having reviewed the stipulated motion by the United States and defendants KIRANPAL SANDHU, TAI DANG, and ANTHONY DAO to continue the trial date, and having reviewed the records and files herein, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(I), (ii) and (iv), the ends of justice served by continuing the trial date from June 7, 2006 to August 14, 2006, outweigh the best interests of the public and the defendants in a speedy trial.  This matter is complex due to the number of defendants involved and it is therefore unreasonable to expect the parties to adequately prepare for trial before August 14, 2006. Additionally, failure to grant a continuance to August 14, 2006 would deny the defendants the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

IT IS HEREBY ORDERED that trial in this matter is continued from

Order to Continue Trial Date/
SANDHU, et al/CR05-393JCC — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

June, 2006 to August 14, 2006 at 9:30 a.m.  Defendants SANDHU, DANG, and DAO shall file waivers of speedy trial no later than May 31, 2006.

    IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from June 17, 2006, up to and including August 14, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

    DATED this 26th day of May, 2006.

_/s/ John C. Coughenour_
UNITED STATES DISTRICT JUDGE

Presented by:

/s Jill Otake
JILL OTAKE, WA Bar # 28298
Assistant United States Attorney


s/ Bob W. Goldsmith*
BOB W. GOLDSMITH, WSBA # 12265
Attorney at Law,


s/ Lee A. Covell*
LEE A. COVELL, WSBA # 952
Attorney at Law,


s/ Jennifer Cannon-Unione*
JENNIFER CANNON-UNIONE, WSBA # 27008
Dixon & Cannon,


*Electronically signed pursuant to Email authorization.

Order to Continue Trial Date/
SANDHU, et al/CR05-393JCC — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970